RECEIVED

SEP 1 6 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TAUREAN THOMAS<br>LA. DOC #<br>VS. | CIVIL ACTION NO. 3:12-cv-2858<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| UNKNOWN DEPUTY, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute as provided by FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 16 day of Sept, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE